UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| ARTHUR S. CRACHA<br>CATHERINE M. CRACHA | : | |
| Debtor | : | Bankruptcy No. 05-31708F |

.................................................

ORDER

.................................................

AND NOW, this 10th day of November 2005, the above-captioned debtors having filed a voluntary petition in bankruptcy under chapter 7 on September 1, 2005,

And the debtors having previously filed for bankruptcy relief numerous times,

And on April 5, 2004, the debtors signed a consent order in prior bankruptcy case No. 04-11757, wherein they agreed that if that case were dismissed for any reason, they were prohibited from filing any future bankruptcy cases without prior leave of court,

And this consent order was approved on April 12, 2004,

And that prior bankruptcy was thereafter dismissed on January 4, 2005,

And the present bankruptcy case was filed without the debtors seeking or obtaining prior leave of court,

Accordingly, the debtors are ineligible for bankruptcy relief and this case is dismissed. See, e.g., In re Casse, 198 F.3d 327 (2d Cir. 1999).

BRUCE FOX
United States Bankruptcy Judge

Copies to:

debtors
debtors' counsel
US trustee
chapter 7 trustee